

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2015

No. 04-14-00338-CR

Benny Cavazos **VALVERDE,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR3980
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file brief is GRANTED. The appellee's brief is due on October 30, 2015.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2015.

Keith E. Hottle
Clerk of Court